```
                                              Eastern District of Kentucky
                                                     FILED
        UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF KENTUCKY            MAR 24 2009
              SOUTHERN DIVISION
                   LONDON                           AT LEXINGTON
                                                  LESLIE G WHITMER
                                               CLERK U S DISTRICT COURT
```

CRIMINAL ACTION NO. 6:06-05

UNITED STATES OF AMERICA,                                    PLAINTIFF

v.                              **ORDER**

DONNIE ANDREW BARRON,                                        DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the Defendants' Supervised Release violation Report filed by the United States Probation Office and the Report and Recommendation [DE 70] made by the United States Magistrate Judge with no objections having been made. Wherefore, the Report and Recommendation is hereby adopted as the opinion of the Court.

The defendant, Donnie Andrew Barron, having filed a Waiver of Right of Allocution [DE 71], this Court hereby sentences Donnie Andrew Barron consistent with the Judgment entered simultaneously herewith.

Dated this 23rd day of March, 2009.

*Karen Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE